SEIFERT, Respondent, vs. SOLOMON, Appellant.

For the appellant: *Higbee & Higbee,* attorneys, and *Otto O. Marquardt* of counsel, all of La Crosse.

For the respondent: *Hale & Skemp* of La Crosse.

*By the Court.*—Judgment affirmed.

MEIKLEJOHN and another, Appellants, vs. SCHRAMM and another, Respondents.

For the appellants: *J. E. O'Brien* of Fond du Lac.

For the respondents: *John P. McGalloway* of Fond du Lac.

*By the Court.*—Judgment affirmed.